IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

vs.                                                   Case No.: 09-00334-001(PG)

FERDINAND SOTO-SANTIAGO

MOTION REQUESTING EARLY TERMINATION OF SUPERVISION

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, MARIBEL TORRES-BAERGA, SUPERVISING PROBATION OFFICER** of this Honorable Court, respectfully informing and requesting as follows:

1. On March 16, 2012, Mr. Ferdinand Soto-Santiago was sentenced to serve twelve (12) months and one (1) day of imprisonment, followed by a five (5) year supervised release term, for violating Title 21, Section 952(a), 960(a)(1) and 2 that is, importation of heroin and aiding and abetting. On April 5, 2013, Mr. Soto-Santiago commenced the supervised release term imposed. The same is scheduled to expire on April 4, 2018.

2. During the supervised release term, Mr. Soto-Santiago has satisfactorily complied with all of the conditions imposed. He is residing with family members and has been a fisherman since January 2015. Moreover, no negative information has been gathered from the community and police record checks have revealed no new criminal charges. Mandatory drug tests yielded negative results.

3. Mr. Soto-Santiago has been participating of the Low Intensity caseload program for approximately two (2) years which is the lowest level of supervision; and has complied with the rules and procedures of such program.

4. Pursuant to a Risk Assessment Instrument adopted by the Administrative Office of the United States Court, Mr. Soto-Santiago falls in the low risk level of recidivism. She also meets the criteria set forth in the Judicial Conference's guidance to U.S. Probation Officers on recommending appropriate cases for early termination. The Early Termination procedure is further endorsed in a Memorandum issued by the Judicial Conference Committee on Criminal Law on July 11, 2013, as a practice which promotes justice, conserves resources, and protects the public.

5. Title 18, United States Code, Section 3583(e)(1) provides for early termination of a supervised release term. Said subsection allows the Court to terminate a term of supervised release and discharge the defendant at any time after the expiration of one (1) year of supervised release, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

**WHEREFORE,** based on the fact that Mr. Soto-Santiago has had a positive adjustment in the community, and meets with the early termination criteria set forth in our policy, it is respectfully recommended that early termination of supervision be granted by the Court in this case.

In San Juan, Puerto Rico, this 16th day of October 2015.

Respectfully submitted,
EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*s/Maribel Torres-Baerga*
Maribel Torres-Baerga
Supervising U.S. Probation Officer
Federal Office Building Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Tel.: (787) 766-5899
E-mail: maribel_torres@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY** certify that on October 16, 2015**,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this 16th day of October 2015.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER

    *s/Maribel Torres-Baerga*
    Maribel Torres-Baerga
    Supervising U.S. Probation Officer
    Federal Office Building Office 400
    150 Carlos Chardón Avenue
    San Juan, PR 00918-1741
    Tel.: (787) 766-5899
    E-mail: maribel_torres@prp.uscourts.gov