Juan M. Perez-Jimenez
U.S. District Court
150 Avenue Carlos Chardon, Room 150
San Juan, PR 00918-1767

June 16, 2016

Carlos Beza-Gari
No. 34310-069
USP Lompoc
3901 Klein Blvd.
Lompoc, CA 93436

RE:   United States v. Carlos Beza-Gari
      Case No. 3:09-cr-334

Honorable Juez Juan M. Perez;

    Mi carta es basada formalmente para un alivio constituciona bajo Johnson v. United States, 135 S. Ct. 2551 (2015), y Welch v. United States 136 S. Ct. 1257 (2016).

    El tribunal Supremo sostuvo que Johnson aplica retroactivamente. El predicado que llevo a mi sentencia como un (career offender) permite reclamacion que mi sentencia fue impuesta en violacion de la Constitucion de los Estados Unidos, bajo Johnson y Welch.

    Yo tengo ocho (8) años preso y drugs-2 no me ayudo por mi carrera criminal. Ahora yo estoy tratando de estar bien conmigo mismo, estufio, no tengo reportes de conducta mala en la prision, tengo muchos puntos y quisiera bajarlos para ir a una carcel de nivel bajo donde pueda terminar con mis clases de drogas y estudiar algunos cursos. Mi pasado ha sido muy duro y ahora mis padres ya no estan conmigo. Ellos eran los unicos que podian ayudarme con un abogado. YO estoy solo... yo espero que usted me pueda ayudar en esta area.

    CASOS

1. 92G0574
2. 92G0580
3. 92G0581
4. 91G1304
5. 91G1302
6. 92G0571
7. 92G0573

    De antemano le agradesco su atencion y tiempo y estare esperando una respuesta favorable de su parte.

                                                         Respetuosamente,

                                                          Carlos Beza-Gari
                                                          Carlos Beza-Gari