# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1987        **Short Title:** US v. Núñez Pérez

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

David Núñez Pérez _____ as the

[✓] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

s/Kevin E. Lerman                           March 5, 2025
Signature                                   Date

Kevin E. Lerman
Name

Federal Public Defender District of P.R.    (787) 281-4922
Firm Name (if applicable)                   Telephone Number

241 F.D. Roosevelt Ave.                     (787) 281-4899
Address                                     Fax Number

San Juan, PR 00918                          kevin_lerman@fd.org
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 1194361

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. 22-1749, 24-1795

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).